Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Mary Taylor Stanberry
State Bar No. 24143781
VARTABEDIAN HESTER & HAYNES LLP
301 Commerce Street, Ste. 2200
Fort Worth, TX  76102
Telephone: 817-214-4990
Facsimile:  817-214-4988
Jeff.prostok@vhh.law
Lynda.lankford@vhh.law
Mary.stanberry@vhh.law

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| EPIC MEDICAL SERVICES AZ LLC, | § | Case No. 25-42537-elm-11 |
| | § | |
| Debtor. | § | |
| | § | |

**<u>GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES</u>**

*These Global Notes (the "Global Notes") regarding the Schedules of Epic Medical Services AZ LLC (the "Debtor") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors.  The Global Notes pertain to all of the Schedules.  The Schedules are unaudited.

The financial affairs and business of the Debtor are complex.  While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules.  Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate.  Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.**  There may be instances within the Schedules where names, addresses or amounts have been left blank.  Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.**  While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.**  While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.**  The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules.  The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.**  Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute

any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date**. Unless otherwise indicated, the values reflected on the Schedules are as of July 12, 2025 (the "Petition Date").

**Estimates**. The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders**. Persons and entities listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) any person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law. The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**Inventory**. Inventory, is and where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally**. Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities**. The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Prepetition Sale of Subsidiary Assets**. The Debtor is a holding company with 100% of the membership interest in Raghav, LLC. Prior to the Petition Date, the Raghav, LLC assets and business were sold to a third party for $7,000,000 (the "Purchase Price") pursuant to an Asset

3

Purchase Agreement ("APA"). The APA names both the Debtor and Raghav, LLC as the "Seller." The remaining sale proceeds (the "Remaining Sale Proceeds"), calculated as follows, are being held in Debtor depository accounts:

| | |
|---|---|
| Purchase Price | $7,000,000.00 |
| Paid to Chris Kelly at closing per APA | <280,000.00> |
| Net Sale Proceeds | 6,720,000.00 |
| | |
| Paid to Raghav Mohindra | <856,435.00> |
| Interest earned on deposits | 15,789.18 |
| Remaining Sale Proceeds | $5,879,354.18 |

The Debtor believes there are creditors of Raghav, LLC that hold claims to the Remaining Sale Proceeds. For these reasons, the known creditors of Raghav, LLC are included as creditors in this case and Raghav, LLC is included in Schedule H as a codebtor for such claims.

**Schedule A/B – Real and Personal Property.**  The Debtor is holding the Remaining Sale Proceeds in the accounts identified in response to question 3.

**Schedule D – Creditors Holding Secured Claims.**  The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights.

**Schedule E/F – Creditors Holding Unsecured Claims.**  As noted above, Schedule E/F includes known creditors of Raghav, LLC who may claim an interest in the Remaining Sale Proceeds. Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts may, however, be reflected on the Debtor's books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.  The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.  The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule G – Executory Contracts and Unexpired Leases.**  The business of the Debtor is complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred.  At this time, the Debtor is not aware of any executory contract or unexpired lease of the Debtor. The Debtor may have entered into various types of agreements in the ordinary course of business which arguably could constitute an executory contract. The Debtor reserves the right to amend Schedule G to include any such executory contract.  Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or

leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.  For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is no documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.**  All totals that are included in the Schedules represent totals of all known or estimated amounts included in the Debtor's books and records at the time of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

---

Fill in this information to identify the case:

Debtor Name **Epic Medical Services AZ LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
                                                                    (State)

Case number (If known): **25-42537-elm11**

☐ Check if this is an amended filing

---

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**2.** **Cash on hand**

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PlainsCapital Bank** | **Checking account** | **8  3  0  7** | $78,165.14 |
| 3.2. | **PlainsCapital Bank** | **Savings account** | **2  3  0  5** | $2,001,189.04 |
| 3.3. | **PlainsCapital Bank** | **Certificate of deposit** | **2  2  0  0** | $3,800,000.00 |

**4.** **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 | | |
| 4.2 | | |

**5.** **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$5,879,354.18**

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.** **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

---

Debtor  **Epic Medical Services AZ LLC**
　　　Name

Case number *(if known)* **25-42537-elm11**

---

| | | |
|---|---|---|
| 7.1 | **Retainer to Vartabedian Hester & Haynes LLP** | **$9,032.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____　_____

8.2 _____　_____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.　**$9,032.00**

---

## Part 3:　Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

　　　　　　　　　　　　　　　　　　　　　　　**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =.....➡ _____
　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.....➡ _____
　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:　Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____　_____　_____

14.2 _____　_____　_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:　　　　　　　　　　　　　% of ownership:

15.1 **Raghav, LLC** _____　**100.00%** _____　**unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor     **Epic Medical Services AZ LLC**

Name

Case number *(if known)* **25-42537-elm11**

| | | | |
|---|---|---|---|
| 16.1 | | | |
| 16.2 | | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor    **Epic Medical Services AZ LLC**

Name

Case number *(if known)* 25-42537-elm11

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

Debtor    **Epic Medical Services AZ LLC**
Name

Case number *(if known)* **25-42537-elm11**

| | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| **40.** **Office fixtures** | | | |
| | _____ | _____ | _____ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | _____ | _____ | _____ |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

_____

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |

Debtor    **Epic Medical Services AZ LLC**
_____    Case number *(if known)* __25-42537-elm11__
Name

48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

Debtor    **Epic Medical Services AZ LLC**                                      Case number *(if known)* __25-42537-elm11__
      Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

Debtor  **Epic Medical Services AZ LLC**
_____
Name

Case number *(if known)* **25-42537-elm11**
_____

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ =➔    _____
Total face amount        doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims and causes of action against Raghav Mohindra and counsel**    _____    **unknown**

**Nature of claim**    _____

**Amount requested**    **unknown**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**76.** **Trusts, equitable or future interests in property**

_____    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor   **Epic Medical Services AZ LLC**

Name

Case number *(if known)* __25-42537-elm11__

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,879,354.18 | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,032.00 | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.   **Investments.** *Copy line 17, Part 4.* | unknown | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.   **Real property.** *Copy line 56, Part 9*.......................................................... ➔ | | |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91.   **Total.** *Add lines 80 through 90 for each column*...........................91a. | $5,888,386.18 | + 91b. |
| 92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................................... | | $5,888,386.18 |

Fill in this information to identify the case:

Debtor name  **Epic Medical Services AZ LLC**

United States Bankruptcy Court for the: _____ **Northern** _____  District of  **Texas**
(State)

Case number (if known):  **25-42537-elm11**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account  __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Epic Medical Services AZ LLC** |
| United States Bankruptcy Court for the: | |
| | **Northern District of Texas** |
| Case number (if known): | **25-42537-elm11** |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$334,979.00** | **$334,979.00** |
| **Arizona Department of Revenue** | ☐ Contingent | | |
| **1600 West Monroe St.** | ☐ Unliquidated | | |
| **Phoenix, AZ 85004** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | **Arizona State Income Tax** | | |
| Last 4 digits of account | Is the claim subject to offset? | | |
| number ___ ___ ___ ___ | ☑ No | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,484,818.00** | **$1,484,818.00** |
| **Internal Revenue Service** | ☐ Contingent | | |
| **P. O. Box 7346** | ☐ Unliquidated | | |
| **Philadelphia, PA 19101** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | **Federal Tax** | | |
| Last 4 digits of account | Is the claim subject to offset? | | |
| number ___ ___ ___ ___ | ☑ No | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | ☐ Yes | | |

| Debtor | Epic Medical Services AZ LLC | Case number *(if known)* | 25-42537-elm11 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Allen, Jones & Giles, PLC**

**1850 N. Central Avenue 1025**

**Phoenix, AZ 85004**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$18,448.75

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 96001**

**Los Angeles, CA 90096**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$564.65

---

**3.3** Nonpriority creditor's name and mailing address

**Aqua Chill**

**2330 W, University 24**

**Tempe, AZ 85281**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water cooler**

Is the claim subject to offset?
☑ No
☐ Yes

$513.00

---

**3.4** Nonpriority creditor's name and mailing address

**Cintas Corporation**

**4804 W Roosevelt St**

**Phoenix, AZ 85043**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Office Cleaning

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cleaning Service**

Is the claim subject to offset?
☑ No
☐ Yes

$629.00

| Debtor | **Epic Medical Services AZ LLC** | Case number *(if known)* | **25-42537-elm11** |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Core Studycast Imaging**

**5510 Six Forks Road 200**

**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Ultrasound Patient Data

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,573.00

**Dext Capital, LLC**

**5500 Meadows Road 300**

**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**eClinicalWorks**

**2 Technology Dr.**

**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Electronic Medical Records service

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $172.81

**Google LLC**

**1600 Ampitheatre Parkway**

**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Domain names and e-mail services

---

| Debtor | **Epic Medical Services AZ LLC** | Case number *(if known)* | **25-42537-elm11** |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**Haresh Boghara**

**931 York Drive**

**Desoto, TX 75115**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

**Haresh Boghara**

**931 York Drive**

**Desoto, TX 75115**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Loan to Raghav, LLC (Payroll)**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.05 |
|---|---|---|---|

**Integrity Practice Solutions Group LLC**

**5605 Belton Ln**

**Mckinney, TX 75070**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

**Labcorp**

**531 South Spring Street**

**Burlington, NC 27215**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** Lab on site

| Debtor | **Epic Medical Services AZ LLC** | Case number *(if known)* | **25-42537-elm11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**MICA**

**2602 E Thomas Rd**

**Phoenix, AZ 85016**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Malpractice Insurance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.14** Nonpriority creditor's name and mailing address

**Niren Patel, CPA PLLC**

**1700 Alma Dr 550**

**Plano, TX 75075**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tax**
Basis for the claim: **Accounting/Witness**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,400.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Niren Patel, CPA PLLC**

**1700 Alma Dr 550**

**Plano, TX 75075**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Raghav, LLC CPA**
Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$91,935.48**

---

**3.16** Nonpriority creditor's name and mailing address

**Pitney Bowes**

**3001 Summer Street**

**Stamford, CT 06926**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Postal Main Financing

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$147.00**

---

| Debtor | **Epic Medical Services AZ LLC** | Case number *(if known)* | **25-42537-elm11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">

**Part 2:** Additional Page

</td></tr>
<tr>
<td>

**3.17** Nonpriority creditor's name and mailing address

**Raghav Mohindra, M.D.**

**c/o Anthony Austin, Jessica L. Post, and Shannon Cohan**
**Fennemore Craig, P.C.**

**2394 E. Camelback Road 600**

**Phoenix, AZ 85016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration Award**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

unknown

</td>
</tr>
<tr>
<td>

**3.18** Nonpriority creditor's name and mailing address

**Raghav, LLC**

**1001 E. Hebron Pkwy Ste. 118-347**

**Carrollton, TX 75010**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Asset Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

unknown

</td>
</tr>
<tr>
<td>

**3.19** Nonpriority creditor's name and mailing address

**Robertson & William**

**9520 North May Avenue 260**

**Oklahoma City, OK 73120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Attorney's Fees - Assumed Prepetition

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$1,190.50

</td>
</tr>
<tr>
<td>

**3.20** Nonpriority creditor's name and mailing address

**The Valor Solution**

**385 W Pierson St**

**Phoenix, AZ 85013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Digital Medical Assistant

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$8,925.00

</td>
</tr>
</table>

| Debtor | **Epic Medical Services AZ LLC** | Case number *(if known)* | **25-42537-elm11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $1,819,797.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $287,116.24 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $2,106,913.24 |

Fill in this information to identify the case:

Debtor name __**Epic Medical Services AZ LLC**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
                                                              (State)

Case number (If known): __**25-42537-elm11**__    Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.    Does the debtor have any executory contracts or unexpired leases?**

☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Epic Medical Services AZ LLC** |
| United States Bankruptcy Court for the: | **Northern**  District of  **Texas** |
| | (State) |
| Case number (If known): | **25-42537-elm11** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Raghav, LLC | 931 York Drive <br> _____ <br> Street <br> Desoto, TX 75115 <br> _____ <br> City          State          ZIP Code | Trade Debt | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3  _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4  _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Epic Medical Services AZ LLC** | Case number (if known) **25-42537-elm11** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name      **Epic Medical Services AZ LLC**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known):    **25-42537-elm11**     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*............................................................................................

| | |
|---|---:|
| | **$0.00** |

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*........................................................................................

| | |
|---|---:|
| | **$5,888,386.18** |

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*..........................................................................................

| | |
|---|---:|
| | **$5,888,386.18** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| | |
|---|---:|
| | **$0.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

| | |
|---|---:|
| | **$1,819,797.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| | |
|---|---:|
| + | **$287,116.24** |

4. **Total liabilities**................................................................................................................

    Lines 2 + 3a + 3b

| | |
|---|---:|
| | **$2,106,913.24** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name          **Epic Medical Services AZ LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):     **25-42537-elm11**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/13/2025**              X **/s/ Haresh Boghara**
 MM/  DD/  YYYY                               Signature of individual signing on behalf of debtor

                                           **Haresh Boghara**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor